THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAMP SMART, Defendant-Appellant.

(No. 53943; )

First District—July 6, 1972.

*Rehearing denied August 21, 1972.*

Opinion by Mr. JUSTICE McNAMARA.

Arthur H. Grant, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Daniel J. Pierce, Assistant State's Attorneys, of counsel,) for the People.

THE CITY OF CHICAGO, IN TRUST FOR THE USE OF SCHOOLS, Plaintiff-Appellee, *v.* ALBERT J. SCHORSCH REALTY CO., INC. *et al.* Defendants-Appellants.

(No. 56225; )

First District—July 26, 1972.

*Rehearing denied September 6, 1972.*